UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM L. TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. ANDRE, *et al.*,<br><br>    Defendants. | Case No.  2:24-cv-2447-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 20, is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

IT IS SO ORDERED.

Dated:    September 10, 2025                         _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE