UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ABRAHAM L. TORRES, | Case No.  2:24-cv-2447-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | |

On January 29, 2026, I recommended that this action be dismissed for failure to prosecute, after plaintiff failed to submit an amended complaint as directed. ECF No. 25. He has filed objections to those recommendations, arguing that he has attempted to mail an amended complaint, but that staff at High Desert State Prison have thwarted his efforts to send the filing to this court. ECF No. 26. Based on these representations, I will hold my recommendations in abeyance for twenty-one days from the date of this order's entry. Within that deadline, plaintiff must submit his amended complaint to the court. If he fails to do so, I will submit these recommendations to the district judge. He may show this order to staff at the prison as evidence of his ongoing federal litigation and remind them of his constitutional right to access the courts.

1

Accordingly, it is ORDERED that:

1.  The findings and recommendations submitted January 29, 2026, ECF No. 25, are held in abeyance for twenty-one days from the date of this order's entry.

2.  Plaintiff must submit an amended complaint, as previously directed, within twenty-one days of this order's entry.

3.  If the court does not receive an amended complaint from plaintiff within that time, I will submit my findings and recommendations, ECF No. 25, to the district judge.

IT IS SO ORDERED.

Dated:    March 3, 2026                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2