UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ABRAHAM L. TORRES,

Plaintiff,

v.

GAVIN NEWSOM, *et al*.,

Defendants.

No. 2:24-cv-2447-TLN-JDP

**ORDER**

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) Plaintiff filed objections after the deadline. (ECF No. 31.) While untimely, the Court has nevertheless considered those objections herein.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed May 5, 2026 (ECF No. 30) are ADOPTED in full;

2. The third amended complaint filed March 16, 2026 (ECF No. 29) is DISMISSED without leave to amend as non-compliant with federal pleading standards; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

DATE: October 2, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE